UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY WHITE,

        Petitioner,

   -v-

UNITED STATES OF AMERICA,

        Respondent.

24-cv-5590 (JSR)
19-cr-277-1 (JSR)

MEMORANDUM ORDER

JED S. RAKOFF, U.S.D.J.:

On January 28, 2026, the Court adopted Magistrate Judge Katharine H. Parker's Report and & Recommendation ("R&R") recommending denial of White's petition. ECF No. 15.[1] In that Memorandum Order, the Court explained its reasons for overruling White's objections to the R&R. See generally id. On February 24, 2026, after the Court issued its decision, White, proceeding pro se, filed what he described as a "reply brief." ECF No. 16. Although the brief was untimely filed, the Court has chosen to treat it as if it had been timely filed. But, being so considered, the Court finds that the brief raises no arguments that affect the Court's earlier reasoning. Accordingly, White's motion for to vacate his conviction and sentence is once again denied. The Clerk of Court is respectfully directed to close ECF No. 16.

    SO ORDERED.

New York, NY
March ___(____, 2026

                      _____
                      JED S. RAKOFF, U.S.D.J.

---

[1] Docket citations refer to 24-cv-5590, unless otherwise indicated.

1